AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Levy, Jon D. | **2. Court or Organization**<br><br>U.S. District Court, Maine | **3. Date of Report**<br><br>12/06/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>156 Federal Street<br>Portland, Maine 04101 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer | William Vaughan House Condominium Association |
| 2. | Member | American Bar Association, Standing Committee on Legal Aid and Indigent Defense |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2016 | Matthew Bender & Co., book royalties | $720.67 |
| 2. 2016 | Maine Public Employees Retirement System | $40,422.96 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Miriam A. Levy, LLC, Self-employed Psychologist (self-employment income) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/6/16-2/7/16 | San Diego, CA | Standing Committee on Legal Aid and Indigent Defense Meeting | Paid Travel, Hotel, and Meal Expenses |
| 2. | Brandeis University | 4/17/16-4/18/16 | Waltham MA | Brandeis 100 Symposium | Paid Hotel Expenses |
| 3. | Federal Judiciary | 10/19/16-10/22/16 | San Juan Puerto Rico | 2016 First Circuit Judges Workshop | Paid Travel, Hotel and Meal Expenses |
| 4. | Federal Judiciary | 10/27/16-10/28/16 | Rockport Maine | District of Maine Judicial Conference | Paid Travel and Hotel Expenses |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 12/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Gorham Savings Bank | Mortgage on Rental Property, Portland, Maine (Part VII, Line 34) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bed Bath & Beyond Stock | A | Dividend | L | T | | | | | |
| 2. Norway Savings Bank Checking Account | | None | J | T | | | | | |
| 3. Hartford Total Return Bond HLS Fund | | None | J | T | | | | | |
| 4. Franklin Mutual Global Discovery Fund | B | Dividend | K | T | | | | | |
| 5. Fidelity Cash Account | A | Interest | J | T | | | | | |
| 6. TD Bank Checking Account | | None | J | T | | | | | |
| 7. Wells Fargo Cash Account | A | Interest | K | T | | | | | |
| 8. US Government Series E Bonds | | None | J | W | | | | | |
| 9. US Government Series EE Bonds | | None | J | W | | | | | |
| 10. Pruco Life Insurance Co. of New Jersey Fixed Rate Annuity | B | Distribution | K | T | | | | | |
| 11. Bank of America Checking Accounts | | None | J | T | | | | | |
| 12. SSGA S&P 500 Index Sec Lend | | None | L | T | | | | | |
| 13. SSGA S&P MC Index Non-Led Serv | | None | K | T | | | | | |
| 14. Nuveen NWQ SC Value | A | Dividend | K | T | | | | | |
| 15. Rental Property, Portland Maine | A | Rent | O | R | Buy | 11/02/16 | O | | Sharon Rosen & John Newton |
| 16. Gorham Savings Bank Checking Account | A | Interest | J | T | Buy | 10/27/16 | J | | |
| 17. American Funds Short Term Tax Exempt Bond Fund | A | Dividend | K | T | Sold (part) | 11/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Capital World Growth and Income Fund | B | Dividend | L | T | | | | | |
| 19. American Funds International Growth and Income Fund | B | Dividend | K | T | Sold (part) | 04/12/16 | J | | |
| 20. American Funds International Growth and Income Fund | B | Dividend | K | T | Sold (part) | 11/21/16 | J | | |
| 21. American Funds Growth Fund of America | A | Dividend | L | T | | | | | |
| 22. American Funds New World Fund | B | Dividend | L | T | | | | | |
| 23. American Funds Europacific Growth Fund | B | Dividend | L | T | | | | | |
| 24. Thornberg Investment Trust Limited Term Municipal Fund | A | Dividend | K | T | Sold (part) | 02/23/16 | J | A | |
| 25. Thornberg Investment Trust Limited Term Municipal Fund | A | Dividend | K | T | Sold (part) | 04/01/16 | J | A | |
| 26. Thornberg Investment Trust Limited Term Municipal Fund | A | Dividend | K | T | Sold (part) | 11/21/16 | J | A | |
| 27. American Funds Capital Income Builder | C | | M | T | Sold (part) | 04/12/16 | J | C | |
| 28. Wells Fargo Advisor IRA #1: | | | | | | | | | |
| 29. - American Funds Capital World Bond Fund | A | Dividend | J | T | | | | | |
| 30. - American Funds Income Fund of America | A | Dividend | K | T | Buy | 02/04/16 | K | | |
| 31. - Metropolitan West Funds Total Return Bond Fund | B | Dividend | L | T | | | | | |
| 32. - American Funds Capital Income Builder | B | Dividend | L | T | | | | | |
| 33. - Vanguard Fixed Income Securities Short Term | A | Dividend | K | T | | | | | |
| 34. Wells Fargo Advisor IRA #2: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - American Funds Capital World Bond Fund | A | Dividend | K | T | | | | | |
| 36. - Short Term Bond Fund America | A | Dividend | L | T | | | | | |
| 37. - Metropolitan West Funds Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 38. - American Funds Capital Income Builder | C | Dividend | M | T | | | | | |
| 39. -Vanguard Fixed Income Securities Short Term | B | Dividend | L | T | | | | | |
| 40. - Wells Fargo Absolute Return Fund | A | Dividend | K | T | | | | | |
| 41. Wells Fargo Advisor IRA #3: | | | | | | | | | |
| 42. - Short Term Bond Fund American Funds | A | Dividend | J | T | | | | | |
| 43. - American Capital World Bond Fund | A | Dividend | K | T | | | | | |
| 44. - American Funds Income Fund of America | A | Dividend | K | T | Buy | 01/29/16 | J | | |
| 45. - American Funds Income Fund of America | A | Dividend | K | T | | | | | |
| 46. - American Funds Capital Income Builder | B | Dividend | K | T | | | | | |
| 47. - Vanguard Fixed Income Securities Short Term | A | Dividend | K | T | | | | | |
| 48. Wells Fargo Advisor IRA #4: | | | | | | | | | |
| 49. - American Funds Capital World Bond Fund | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 50. - American Funds Global Balanced Fund | A | Dividend | K | T | Buy | 07/22/16 | J | | |
| 51. PIMCO All Asset Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 12/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - PIMCO All Asset All Authority Fund | A | Dividend | J | T | | | | | |
| 53.  - American Funds Capital Income Builder | B | Dividend | K | T | Buy | 07/22/16 | J | | |
| 54.  - Vanguard Fixed Income Securities Short Term | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 55.  - Wells Fargo Absolute Return Fund | A | Dividend | K | T | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.. NON-INVESTMENT INCOME:

In April 2016, I participated in a symposium sponsored by Brandeis University in connection with the celebration of the 100th anniversary of Justice Louis Brandeis's appointment to the Supreme Court of the United States. I thereafter received payment in the amount of $1,000.00 from Brandeis University. When preparing this financial statement, I realized that because I had not received prior approval for speaking at the symposium, I should not have accepted the payment made by Brandeis University. Accordingly, on May 4, 2017, I refunded the payment by sending a check to Brandeis University in the amount of $1,000.

VII. INVESTMENT AND TRUSTS, Line 15:

On November 2, 2016 my wife and I purchased a rental property in Portland, Maine for $555,000.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jon D. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544